# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GREGORY JAMAL BASHIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-065 |
| ) | |
| MS. BETTY DEAN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Gregory Jamal Bashir, currently incarcerated in Rogers State Prison in Reidsville, Georgia, has filed a 42 U.S.C. § 1983 civil complaint concerning the medical treatment he received while at Hayes State Prison in Summerville, Georgia. Doc. 1. Because his claims arise from events that transpired in Chattooga County and the defendants are located there, the proper forum for this case is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue is in the judicial district where either all defendants reside or where the claim arose); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts); *Rutland v. Pope*, 2013 WL 627227 at * 1 (S.D. Ala. Jan. 30, 2013).

Accordingly, this case is **TRANSFERRED** to the Northern District of Georgia for all further proceedings.

**SO ORDERED** this 18th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2